1088

No. 99–6824.  TAYLOR v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–6825.  CANTERBURY v. WEST, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 99–6827.  SYVERTSON v. SCHUETZLE ET AL.  C. A. 8th Cir. Certiorari denied.

No. 99–6828.  POWELL v. CARTER ET AL.  C. A. 10th Cir. Certiorari denied.

No. 99–6829.  SPANN v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 99–6830.  SMITH v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–6831.  SMITH v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 99–6836.  KOKOSZKA v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 99–6837.  LOWE v. CONSOLIDATED FREIGHTWAYS OF DELAWARE, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–6853.  MASON v. ST. FRANCIS HEALTH SYSTEM ET AL. Super. Ct. Pa.  Certiorari denied.

No. 99–6854.  BOWMAN v. CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 99–6855.  PORTLEY-EL v. ZAVARAS ET AL.  C. A. 10th Cir. Certiorari denied.

No. 99–6856.  RIVERA v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 99–6857.  REED v. MOSLEY ET AL.  C. A. 5th Cir.  Certiorari denied.